UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS WILBERT BOYD, JR. | CIVIL ACTION |
| VERSUS | NO. 09-7642 |
| KELLY LASHER ET AL. | SECTION "J" (2) |

## **O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 against Magistrate Judge Louis Moore, Jr., are hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED** that plaintiff's complaint asserting claims against Kelly Lasher, Warden John Nowak (identified by plaintiff as "Maj Nowack"), Diane Rushing, Judge Sarah S. Vance and Judge Emile St. Pierre, are hereby **DISMISSED WITHOUT PREJUDICE** as malicious or duplicative, so that they may be addressed in plaintiff's other suits.

New Orleans, Louisiana, this   28th   day of   January  , 2010.

UNITED STATES DISTRICT JUDGE