```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


 BOYD                                        CIVIL ACTION

 VS.                                         09-7642

 LASHER ET AL.                               SECTION: J(2)
```

### ORDER

Before the Court is Plaintiff Louis Wilbert Boyd, Jr.'s **Motion to Stop Filing Fees (Rec. Doc. 10)**. Plaintiff argues that he should not have to continue to pay filing fees because his 42 U.S.C. § 1983 claims have been dismissed and his petition to proceed *in forma pauperis* was previously granted by the Court.

However, under 28 U.S.C. § 1915(b), prisoners who are allowed to proceed *in forma pauperis* "shall be required to pay the full amount of a filing fee." After the Court assesses and collects an "initial partial filing fee," "the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account." This requirement to pay does not dissolve when suits are dismissed.

This is consistent with the Fifth Circuit's reasoning in Adepegba v. Hammons, 103 F.3d 383, 386 (5th Cir. 1996), which explained that proceeding in forma pauperis is a not a "right" but rather a "privilege" to proceed without prepayment. Id. (citing Startti v. United States, 415 F.2d 1115, 1116 (5th Cir.

1969)). Although Plaintiff was afforded the privilege of proceeding without prepayment, he is still required to pay the full amount of the filing fee in monthly payments. Accordingly,

Plaintiff's **Motion to Stop Filing Fees (Rec. Doc. 10)** is hereby **DENIED**.

New Orleans, Louisiana this 2nd day of December, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE